**Henry R. TAVARES, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 04–7154.**

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

*ORDER*

Henry R. Tavares moves without opposition to voluntarily dismiss his appeal of the decision of the United States Court of Appeals for Veterans Claims in *Tavares v.*

*Principi,* No. 02–799 (Vet.App. June 24, 2004).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.